IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41465
Summary Calendar
_____

THADDEUS EVANS BURNS,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-96-CV-736
- - - - - - - - - -
December 10, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Thaddeus Evans Burns, Texas prisoner # 562561, appeals the
district court's dismissal of his petition for a writ of habeas
corpus, pursuant to 28 U.S.C. § 2254.  He argues that the trial
court's erroneous inclusion of the mental state of recklessness
in its jury instruction regarding aggravated assault, the crime
of conviction, deprived him of a fair trial.

    We have reviewed the federal and state records and the
briefs submitted by the parties and conclude that the jury

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

instruction was harmless error.  See <u>Harris v. Warden, Louisiana state Penitentiary</u>, 152 F.3d 430, 434-36 (5th Cir. 1998). Accordingly, the state appellate court's adjudication of the issue was not contrary to and did not result in an unreasonable application of federal law.

The district court's judgment is AFFIRMED.

H:\BURNS.OP